IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY D. SMITH                                                                                     PLAINTIFF
ADC #100108

V.                                    NO.  5:08cv00080 JMM

MICHAEL DELONEY, et al                                                                        DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice.

IT IS SO ORDERED this 3rd day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE